PENNSBURY SD
134 YARDLEY AVENUE, P.O. BOX 338
FALLSINGTON, PA 19058-0338

| CHECK DATE | CHECK NO. |
|---|---|
| 4/8/2016 | 725411 |

AMOUNT  868.65*

PAY THE SUM OF ********868 DOLLARS AND 65 CENTS

TO THE ORDER OF
JOHN M MANCINI
2031 LOCKWOOD LN
FEASTERVILLE, PA
19053-2424

CREATED BY EMPLOYEE ACCESS CENTER
**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 91 | 6150 | 3/26/2016 | 725411 | 4/8/2016 |

| | Earnings | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REGULAR | 45.50 | 802.62 | 4,753.98 | FICA | 72.46 | 438.85 | 72.46 | 438.85 |
| S.RT TIME | 20.75 | 366.03 | 2,324.07 | MEDICARE | 16.95 | 102.62 | 16.95 | 102.62 |
| | | | | FED TAX | 59.62 | 315.37 | .00 | 0.00 |
| | | | | STATE TAX | 35.88 | 217.30 | .00 | 0.00 |
| | | | | LOCAL TAX | 11.69 | 70.77 | .00 | 0.00 |
| | | | | PA SUI | 0.82 | 4.95 | .00 | 0.00 |
| | | | | LST FALLS | 1.43 | 10.01 | .00 | 0.00 |
| | | | | RETIR7.5% | 87.65 | 530.85 | 301.98 | 1,828.96 |
| | | | | PESPA DUES | 13.50 | 13.50 | .00 | 0.00 |
| **Totals** | 66.25 | 1,168.65 | 7,078.05 | **Totals** | 300.00 | 1,704.22 | 391.39 | 2,370.43 |

| Leave | Earned | Taken | End Balance |
|---|---|---|---|
| SICK | 6.00 | 1.00 | 5.00 |
| PERSONAL | 3.00 | 0.00 | 3.00 |

Direct Deposit Information

**Net Pay**
868.65

Employee
JOHN MANCINI

Tax Information
| | Fed | State |
|---|---|---|
| MARITAL STATUS | M | N |
| EXEMPTIONS | 1 | 0 |

**Notes:**

```
PENNSBURY SD
134 YARDLEY AVENUE, P.O. BOX 338                                CHECK DATE    CHECK NO.
FALLSINGTON,PA 19058-0338                                       4/22/2016     725592
```

AMOUNT  742.62*

PAY THE SUM OF *********742 DOLLARS AND 62 CENTS

```
TO THE    JOHN M MANCINI
ORDER     2031 LOCKWOOD LN
OF        FEASTERVILLE, PA
          19053-2424
```

CREATED BY EMPLOYEE ACCESS CENTER

**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 91 | 6150 | 4/9/2016 | 725592 | 4/22/2016 |

| | Earnings | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REGULAR | 36.00 | 635.04 | 5,389.02 | FICA | 61.52 | 500.37 | 61.52 | 500.37 |
| S/RT TIME | 20.25 | 357.21 | 2,681.28 | MEDICARE | 14.39 | 117.01 | 14.39 | 117.01 |
| | | | | FED TAX | 43.30 | 358.67 | .00 | 0.00 |
| | | | | STATE TAX | 30.46 | 247.76 | .00 | 0.00 |
| | | | | LOCAL TAX | 9.92 | 80.69 | .00 | 0.00 |
| | | | | PA SUI | 0.69 | 5.64 | .00 | 0.00 |
| | | | | LST FALLS | 1.43 | 11.44 | .00 | 0.00 |
| | | | | RETIR7.5% | 74.42 | 605.27 | 256.40 | 2,085.36 |
| | | | | PESPA DUES | 13.50 | 27.00 | .00 | 0.00 |
| **Totals** | 56.25 | 992.25 | 8,070.30 | **Totals** | 249.63 | 1,953.85 | 332.31 | 2,702.74 |

| Leave | Earned | Taken | End Balance | Direct Deposit Information | Net Pay |
|---|---|---|---|---|---|
| | | | | | 742.62 |
| SICK | 6.00 | 1.00 | 5.00 | | Employee |
| PERSONAL | 3.00 | 0.00 | 3.00 | | JOHN MANCINI |

Tax Information

| | Fed | State |
|---|---|---|
| MARITAL STATUS | M | N |
| EXEMPTIONS | 1 | 0 |

**Notes:**

PENNSBURY SD
134 YARDLEY AVENUE, P.O. BOX 338
FALLSINGTON, PA 19058-0338

CHECK DATE    CHECK NO.
5/6/2016    725761

AMOUNT    794.05*

PAY THE SUM OF *********794 DOLLARS AND 5 CENTS

TO THE ORDER OF
JOHN M MANCINI
2031 LOCKWOOD LN
FEASTERVILLE, PA
19053-2424

COPY    COPY

CREATED BY EMPLOYEE ACCESS CENTER
**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 91 | 6150 | 4/23/2016 | 725761 | 5/6/2016 |

| Earnings |||| Employee Deductions ||| Employer Contributions ||
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REGULAR | 40.00 | 705.60 | 6,094.62 | FICA | 72.18 | 572.55 | 72.18 | 572.55 |
| OVRT TIME | 26.00 | 458.64 | 3,139.92 | MEDICARE | 16.88 | 133.89 | 16.88 | 133.89 |
| | | | | FED TAX | 130.69 | 489.36 | .00 | 0.00 |
| | | | | STATE TAX | 35.74 | 283.50 | .00 | 0.00 |
| | | | | LOCAL TAX | 11.64 | 92.33 | .00 | 0.00 |
| | | | | PA SUI | 0.81 | 6.45 | .00 | 0.00 |
| | | | | LST FALLS | 1.43 | 12.87 | .00 | 0.00 |
| | | | | RETIR7.5% | 87.32 | 692.59 | 300.84 | 2,386.20 |
| | | | | PESPA DUES | 13.50 | 40.50 | .00 | 0.00 |
| **Totals** | 66.00 | 1,164.24 | 9,234.54 | **Totals** | 370.19 | 2,324.04 | 389.90 | 3,092.64 |

| Leave | Earned | Taken | End Balance |
|---|---|---|---|
| SICK | 6.00 | 1.00 | 5.00 |
| PERSONAL | 3.00 | 0.00 | 3.00 |

Direct Deposit Information

**Net Pay**    794.05

Employee: JOHN MANCINI

Tax Information
| | Fed | State |
|---|---|---|
| MARITAL STATUS | S | N |
| EXEMPTIONS | 0 | 0 |

**Notes:**

*PENNSBURY SD*
*134 YARDLEY AVENUE, P.O. BOX 338*
*FALLSINGTON, PA 19058-0338*

| CHECK DATE | CHECK NO. |
|---|---|
| 5/20/2016 | 725931 |

AMOUNT  605.40*




PAY THE SUM OF $**********605 DOLLARS AND 40 CENTS

TO THE ORDER OF
JOHN M MANCINI
2031 LOCKWOOD LN
FEASTERVILLE, PA
19053-2424

CREATED BY EMPLOYEE ACCESS CENTER
**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 91 | 6150 | 5/7/2016 | 725931 | 5/20/2016 |

| Earnings | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|
| Description | Hours | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REGULAR | 40.00 | 705.60 | 6,800.22 | FICA | 54.68 | 627.23 | 54.68 | 627.23 |
| STRT TIME | 10.00 | 176.40 | 3,316.32 | MEDICARE | 12.79 | 146.68 | 12.79 | 146.68 |
| | | | | FED TAX | 91.53 | 580.89 | .00 | 0.00 |
| | | | | STATE TAX | 27.08 | 310.58 | .00 | 0.00 |
| | | | | LOCAL TAX | 8.82 | 101.15 | .00 | 0.00 |
| | | | | PA SUI | 0.62 | 7.07 | .00 | 0.00 |
| | | | | LST FALLS | 1.43 | 14.30 | .00 | 0.00 |
| | | | | RETIR7.5% | 66.15 | 758.74 | 227.91 | 2,614.11 |
| | | | | PESPA DUES | 13.50 | 54.00 | .00 | 0.00 |
| **Totals** | 50.00 | 882.00 | 10,116.54 | **Totals** | 276.60 | 2,600.64 | 295.38 | 3,388.02 |

| Leave | Earned | Taken | End Balance | Direct Deposit Information | Net Pay |
|---|---|---|---|---|---|
| | | | | | 605.40 |
| SICK | 6.00 | 4.00 | 2.00 | | Employee |
| PERSONAL | 3.00 | 1.00 | 2.00 | | JOHN MANCINI |

Tax Information

| | Fed | State |
|---|---|---|
| MARITAL STATUS | S | N |
| EXEMPTIONS | 0 | 0 |

**Notes:**

S4TEACHERS LLC                                                                                                                dvPayroll and HR  Powered By Primepoint

| 087362<br>EMP. NO. | Dolores Mancini<br>EMPLOYEE NAME | | ***-**-7370<br>SOCIAL SECURITY NO. | M - 2<br>STATUS | 03/06/2016<br>PERIOD BEG. | 03/19/2016<br>PERIOD END | 04/01/2016<br>CHECK DATE | 2030265<br>CHECK NUM |
|---|---|---|---|---|---|---|---|---|
| EARNINGS | | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | | CURRENT AMOUNT | YEAR TO DATE |
| Regular | | 51.98 | 467.85 | 2987.73 | Federal W/T | | 0.00 | 0.31 |
|  |  |  |  |  | Fica Medicare |  | 6.78 | 43.32 |
|  |  |  |  |  | Fica Social Security |  | 29.01 | 185.25 |
|  |  |  |  |  | PA Local EIT 4 |  | 4.68 | 29.88 |
|  |  |  |  |  | PA Local Services Tax |  | 2.00 | 14.00 |
|  |  |  |  |  | Pennsylvania SUI |  | 0.33 | 2.08 |
|  |  |  |  |  | Pennsylvania W/T |  | 14.36 | 91.72 |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
|  | 51.98 | 467.85 | 57.16 | 410.69 | 2987.73 | 366.56 | 2621.17 |

| EFT Direct Deposit Bank | Acct. Num. | Amount |
|---|---|---|
| WELLS FARGO BANK | ========8325 | 410.69 |
|  | Totals : | 410.69 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check     *Includes Non-Taxable Reimbursements     **Does Not Contribute To Net

S4TEACHERS LLC

dvPayroll and HR  Powered By Primepoint

| EMP. NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | STATUS | PERIOD BEG. | PERIOD END | CHECK DATE | CHECK NUM |
|---|---|---|---|---|---|---|---|
| 087362 | Dolores Mancini | ***-**-7370 | M-2 | 03/20/2016 | 04/02/2016 | 04/15/2016 | 2051429 |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 55.58 | 500.22 | 3487.95 | Federal W/T | 0.00 | 0.31 |
| | | | | Fica Medicare | 7.25 | 50.57 |
| | | | | Fica Social Security | 31.01 | 216.26 |
| | | | | PA Local EIT 4 | 5.00 | 34.88 |
| | | | | PA Local Services Tax | 2.00 | 16.00 |
| | | | | Pennsylvania SUI | 0.35 | 2.43 |
| | | | | Pennsylvania W/T | 15.36 | 107.08 |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| | 55.58 | 500.22 | 60.97 | 439.25 | 3487.95 | 427.53 | 3060.42 |

| EFT Direct Deposit Bank | Acct. Num. | Amount |
|---|---|---|
| WELLS FARGO BANK | =========8325 | 439.25 |
| | Totals: | 439.25 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net

S4TEACHERS LLC  dvPayroll and HR Powered By Primepoint

| EMP. NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | STATUS | PERIOD BEG. | PERIOD END | CHECK DATE | CHECK NUM |
|---|---|---|---|---|---|---|---|
| 087362 | Dolores Mancini | ***-**-7370 | M - 2 | 04/03/2016 | 04/16/2016 | 04/29/2016 | 4010857 |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Regular | 80.00 | 720.00 | 4207.95 | Federal W/T | 7.96 | 8.27 |
| | | | | Fica Medicare | 10.44 | 61.01 |
| | | | | Fica Social Security | 44.64 | 260.90 |
| | | | | PA Local EIT 4 | 7.20 | 42.08 |
| | | | | PA Local Services Tax | 2.00 | 18.00 |
| | | | | Pennsylvania SUI | 0.50 | 2.93 |
| | | | | Pennsylvania W/T | 22.10 | 129.18 |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| | 80.00 | 720.00 | 94.84 | 625.16 | 4207.95 | 522.37 | 3685.58 |

| EFT Direct Deposit Bank | Acct. Num. | Amount |
|---|---|---|
| WELLS FARGO BANK | ========8325 | 625.16 |
| | Totals : | 625.16 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net

S4TEACHERS LLC                                                                                                    dvPayroll and HR  Powered By Primepoint

| 087362 EMP. NO. | Dolores Mancini EMPLOYEE NAME | | | ***-**-7370 SOCIAL SECURITY NO. | M - 2 STATUS | 04/17/2016 PERIOD BEG. | 04/30/2016 PERIOD END | 05/13/2016 CHECK DATE | 4033869 CHECK NUM |
|---|---|---|---|---|---|---|---|---|---|
| EARNINGS | | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | | CURRENT AMOUNT | | YEAR TO DATE |
| Regular | | 40.00 | 360.00 | 4567.95 | Federal W/T | | 0.00 | | 8.27 |
| | | | | | Fica Medicare | | 5.22 | | 66.23 |
| | | | | | Fica Social Security | | 22.32 | | 283.22 |
| | | | | | PA Local EIT 4 | | 3.60 | | 45.68 |
| | | | | | PA Local Services Tax | | 2.00 | | 20.00 |
| | | | | | Pennsylvania SUI | | 0.25 | | 3.18 |
| | | | | | Pennsylvania W/T | | 11.05 | | 140.23 |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| | 40.00 | 360.00 | 44.44 | 315.56 | 4567.95 | 566.81 | 4001.14 |

| EFT Direct Deposit Bank | Acct. Num. | Amount |
|---|---|---|
| WELLS FARGO BANK | ========8325 | 315.56 |
| | Totals : | 315.56 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check       *Includes Non-Taxable Reimbursements       **Does Not Contribute To Net

S4TEACHERS LLC — dvPayroll and HR Powered By Primepoint

| 087362 EMP. NO. | Dolores Mancini EMPLOYEE NAME | | | ***-**-7370 SOCIAL SECURITY NO. | M - 2 STATUS | 05/01/2016 PERIOD BEG. | 05/14/2016 PERIOD END | 05/27/2016 CHECK DATE | 4064481 CHECK NUM |
|---|---|---|---|---|---|---|---|---|---|
| EARNINGS | | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | | CURRENT AMOUNT | | YEAR TO DATE |
| Regular | | 49.70 | 447.30 | 5015.25 | Federal W/T | | 0.00 | | 8.27 |
| | | | | | Fica Medicare | | 6.49 | | 72.72 |
| | | | | | Fica Social Security | | 27.73 | | 310.95 |
| | | | | | PA Local EIT 4 | | 4.47 | | 50.15 |
| | | | | | PA Local Services Tax | | 2.00 | | 22.00 |
| | | | | | Pennsylvania SUI | | 0.31 | | 3.49 |
| | | | | | Pennsylvania W/T | | 13.73 | | 153.96 |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| | 49.70 | 447.30 | 54.73 | 392.57 | 5015.25 | 621.54 | 4393.71 |

| EFT Direct Deposit Bank | Acct. Num. | Amount |
|---|---|---|
| WELLS FARGO BANK | ========8325 | 392.57 |
| | Totals : | 392.57 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net

**Your Benefit Amount**

BENEFICIARY'S NAME: JOHN M MANCINI

We review Social Security benefits each year to make sure they keep up with the cost of living. The law does not permit an increase in benefits when there is no increase in the cost of living. So your benefit will stay the same in 2016. There was no increase in the cost of living during the past year based on the Consumer Price Index (CPI) published by the Department of Labor. The CPI is the Federal government's official measure used to calculate cost of living increases.

## How Much Will I Get And When?
- Your monthly amount (before deductions) is                                                $1,619.90
- The amount we deduct for Medicare medical insurance is                        $104.90
  (If you did not have Medicare as of November 20, 2015,
  or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare prescription drug plan is          $0.00
  (If you did not elect withholding as of November 1, 2015, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is               $0.00
  (If you did not elect voluntary tax withholding as of
  November 20, 2015, we show $0.00.)
- After we take any other deductions, you will receive                              $1,515.00
  on or about Jan. 27, 2016.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

If you receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at *www.godirect.org* online.

## What If I Have Questions?
- Visit our website at *www.socialsecurity.gov* for more information about Social Security.
- Call us toll-free at 1-800-772-1213 (TTY 1-800-325-0778) if you have questions.
  If you speak Spanish, press 7. For other languages, wait until we answer, and then ask
  for an interpreter.
- Contact your local Social Security office, or contact any United States embassy or consulate
  office when outside the United States.

444 LINCOLN HWY
FAIRLESS HILLS PA 19030

## Help For Elders
The Eldercare Locator is a free service of the U.S. Administration on Aging. Call 1-800-677-1116 or visit *www.eldercare.gov* to learn about financial, employment, legal, and caregiving help for seniors.

# Social Security Administration
# Retirement, Survivors and Disability Insurance

Important Information

Mid-Atlantic Program Service Center
300 Spring Garden Street
Philadelphia, Pennsylvania 19123-2992
Date:  June 2, 2016
Claim Number:  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A

0024759 00088397    1 AT    .399 0526M1T2R2PN T312 P10
DOLORES L MANCINI
2031 LOCKWOOD LANE
FEASTERVILLE PA 19053-2424

We are writing to you about your Social Security benefits.

**What You Should Know**

Your Medicare Part A (hospital insurance) and Part B (medical insurance) start July 2016.

**What We Will Pay And When**

- You will receive $866.00 for June 2016 around July 13, 2016.

- After that you will receive $866.00 on or about the second Wednesday of each month.

**Information About Medicare**

Your monthly premium for Medicare Part B (medical insurance) is $121.80 beginning July 2016.

IMPORTANT:  A Medicare law requires some higher income persons to pay higher premiums.  The law applies to premiums for Medicare Part B (medical insurance) and prescription drug coverage.  The law generally affects individuals with incomes higher than $85,000 and couples with incomes higher than $170,000.  We will contact the Internal Revenue Service to get information about your income.  If we decide that you have to pay higher premiums, we will send a letter explaining our decision.  The higher amount will be effective July 2016.  For more information, please visit www.socialsecurity.gov on the Internet or call us toll-free at 1-800-772-1213 (TTY 1-800-325-0778).

We deduct Medicare medical insurance (Part B) premiums 1 month in advance.

We will start to take premiums out of your July 13, 2016 check.



C                                    See Next Page