# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 16-14191-MDC

JOHN MANCINI
DOLORES MANCINI
2031 LOCKWOOD LANE

FEASTERVILLE TREVOSE, PA 19053

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JOHN MANCINI
    DOLORES MANCINI
    2031 LOCKWOOD LANE

    FEASTERVILLE TREVOSE, PA 19053

**Counsel for debtor(s), by electronic notice only.**
    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107


                /s/ William C. Miller

Date: 10/24/2016

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee