# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-14191-MDC

JOHN MANCINI
DOLORES MANCINI
2031 LOCKWOOD LANE

FEASTERVILLE TREVOSE, PA 19053

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JOHN MANCINI
DOLORES MANCINI
2031 LOCKWOOD LANE

FEASTERVILLE TREVOSE, PA 19053

Counsel for debtor(s), by electronic notice only.

PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020

        /S/ William C. Miller

Date: 3/6/2017         _____

        William C. Miller, Esquire
        Chapter 13 Standing Trustee