# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 16-14191-mdc |
| | : | |
| John Mancini | | |
| Dolores Mancini | | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 16-14191 |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor Midland Funding;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 245.00 has been filed in your name by Paul H. Young, Esq on April 19, 2017.

Dated: 4/20/2017

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Jennifer Griffin
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)