United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 16-14191-mdc
John Mancini    Chapter 13
Dolores Mancini
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Jennifer    Page 1 of 1    Date Rcvd: Apr 20, 2017
                Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2017.
db/jdb          +John Mancini,    Dolores Mancini,    2031 Lockwood Lane,    Feasterville Trevose, PA 19053-2424
13742555        +Commonwealth Financial Systems,    245 Main St,    Dickson City, PA 18519-1641

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2017 at the address(es) listed below:
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, not in its
       individual capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T
       bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
      DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association, not in its
       individual capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T
       bkgroup@kmllawgroup.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, not in its
       individual capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T
       bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
      PAUL H. YOUNG    on behalf of Debtor John  Mancini ykassoc@gmail.com,   ykaecf@gmail.com,
       paullawyers@gmail.com,pyoung@ymalaw.com
      PAUL H. YOUNG    on behalf of Joint Debtor Dolores  Mancini ykassoc@gmail.com,   ykaecf@gmail.com,
       paullawyers@gmail.com,pyoung@ymalaw.com
      United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                         TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re : Chapter 16-14191-mdc

:

John Mancini
Dolores Mancini

:

Debtor(s) : Bankruptcy No. 16-14191

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor Commonwealth Financial Systems;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 312.00 has been filed in your name by Paul H. Young, Esq on April 19, 2017.

Dated: 4/20/2017

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Jennifer Griffin
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)