United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John Mancini  
Dolores Mancini  
    Debtors

Case No. 16-14191-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1      Date Rcvd: Oct 05, 2017  
                     Form ID: pdf900      Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.
```
db/jdb         +John Mancini,    Dolores Mancini,    2031 Lockwood Lane,    Feasterville Trevose, PA 19053-2424
13742553       +Ar Resources Inc,    Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
13742554       +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
13742555       +Commonwealth Financial Systems,    245 Main St,    Dickson City, PA 18519-1641
13742558       +Rushmore Loan Mgmt Ser,    7515 Irvine Center Dr Ste 100,    Irvine, CA 92618-2930
13829307       +U.S. Bank National Association, not in its individ,    Rushmore Loan Management Services,
                 P.O. Box 55004,    Irvine, CA 92619-5004
13742560       +Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
13742559       +Verizon,    500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Oct 06 2017 01:57:59     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 06 2017 01:57:02     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 06 2017 01:57:43     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13742557       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 06 2017 01:57:25     Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
13742556       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 06 2017 01:57:25     Midland Funding,
                 2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
                                                                                                TOTAL: 5
```

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor John  Mancini support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              PAUL H. YOUNG    on behalf of Joint Debtor Dolores  Mancini support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely as Trustee for the RMAC Trust, Series 2011-2T
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:    JOHN & DOLORES MANCINI    :    Chapter 13
         :
         Debtor(s).    :    Bankruptcy No. 16-14191-MDC

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.    This chapter 13 bankruptcy case is **DISMISSED**.

2.    Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3.    Any wage orders previously entered are **VACATED**.

4.    Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5.    All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6.    Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. '1326(a)(2).

Dated: 10/4/2017

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE